IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| NORRIS RAY MCCOY, ) | |
| Plaintiff, ) | |
| v. ) | CV 314-062 |
| TIFFANY WOOTEN, Nurse, et al., ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 13th day of November, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE